**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2830**

---

JAMES DAVID BROWN,

                                        Plaintiff - Appellant,

        versus

WILLIAM L. DAISY; ED PARKER; STEVE CRIHFIELD;
DAVID CLARK; DAVID TAMER,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, Sr., District Judge.  (CA-98-285-1)

---

Submitted:  February 26, 1999          Decided:  March 16, 1999

---

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James David Brown, Appellant Pro Se.  Thomas Giles Meacham, Jr., OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina; Stephen McDaniel Russell, BELL, DAVIS & PITT, P.A., Winston-Salem, North Carolina; Steve Crihfield, DOUGLAS, RAVENEL, HARDY, CRIHFIELD & MOSLEY, Greensboro, North Carolina; John Francis Bloss, Sr., CLARK & WHARTON, Greensboro, North Carolina; David Ferris Tamer, Winston-Salem, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James David Brown appeals the district court's order dismissing Brown's fraud action for failure to state a claim. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brown v. Daisy, No. CA-98-285-1 (M.D.N.C. Oct. 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED